# EXHIBIT C

FILED: KINGS COUNTY CLERK 12/08/2020 02:35 PM

NYSCEF DOC. NO. 184

INDEX NO. 515379/2018

RECEIVED NYSCEF: 12/08/2020

1-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit

Exhibits C - H    Pg 2 of 21

Page 1 of 1



| | A | B |
|---|---|---|
| 1 | Joel Landau | $240,000.00 |
| 2 | Jeffery Zwick as Attorney | $30,000.00 |
| 3 | Medscan | $21,000.00 |
| 4 | Medscan | $55,000.00 |
| 5 | Medscan | $110,000.00 |
| 6 | American Proton | $51,000.00 |
| 7 | Yitzchok Lefkowitz | $45,000.00 |
| 8 | Bluma Lefkowitz | $8,000.00 |
| 9 | | $560,000.00 |

**NORMAN SEIDENFELD**
ATTORNEY TRUST ACCOUNT
5807 - 12TH AVENUE
BROOKLYN, NY 11219

1-8/210 852    4390

DATE 4/1/14

PAY TO THE ORDER OF Joel Undonv    $240,000

Two Hundred Forty Thousand    DOLLARS

citibank
CITIBANK, N.A. BR.#852
399 PARK AVENUE
NEW YORK, NY 10022
Citi Private Bank

MEMO 1206 12th st - Ackerman

⑆021000089⑆ 37221528⑈ 4390

---

**NORMAN SEIDENFELD**
ATTORNEY TRUST ACCOUNT
5807 - 12TH AVENUE
BROOKLYN, NY 11219

1-8/210 852    4391

DATE 4/1/14

PAY TO THE ORDER OF Juffry Zwick as Attorney    $30,000

Thirty Thousand    DOLLARS

citibank
CITIBANK, N.A. BR.#852
399 PARK AVENUE
NEW YORK, NY 10022
Citi Private Bank

MEMO 1326 04 Anthony

⑆021000089⑆ 37221528⑈ 4391

---

**NORMAN SEIDENFELD**
ATTORNEY TRUST ACCOUNT
5807 - 12TH AVENUE
BROOKLYN, NY 11219

1-8/210 852    4392

DATE 4/1/14

PAY TO THE ORDER OF AEDSCAN    $21,000

Twenty-one Thousand    DOLLARS

citibank
CITIBANK, N.A. BR.#852
399 PARK AVENUE
NEW YORK, NY 10022
Citi Private Bank

MEMO 1201 a - Ackman

⑆021000089⑆ 37221528⑈ 4392

---

TOTAL 560,000

FILED: KINGS COUNTY CLERK 12/08/2020 02:35 PM

NYSCEF DOC. NO. 584

INDEX NO. 515379/2018

RECEIVED NYSCEF: 12/08/2020

21-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit
Exhibits C - H    Pg 4 of 21

**NORMAN SEIDENFELD**
ATTORNEY TRUST ACCOUNT
5807 - 12TH AVENUE
BROOKLYN, NY 11219

1-8/210 852

4393

DATE 4/1/14

PAY TO THE ORDER OF _MPDSLAN_    $ 55,000

_FIFTY -FIVE THOUSAND_ DOLLARS

**citibank®**
CITIBANK, N.A., BR.#852
399 PARK AVENUE
NEW YORK, NY 10022

Citi Private Bank

MEMO _1026 - 19th ST - Bklyn_

⑉021000089⑉ 37221528⑈ 4393

---

**NORMAN SEIDENFELD**
ATTORNEY TRUST ACCOUNT
5807 - 12TH AVENUE
BROOKLYN, NY 11219

1-8/210 852

4394

DATE 4/1/14

PAY TO THE ORDER OF _AMERICAN PROTON_    $ 51,000

_FIFTY -ONE THOUSAND_ DOLLARS

**citibank®**
CITIBANK, N.A., BR.#852
399 PARK AVENUE
NEW YORK, NY 10022

Citi Private Bank

MEMO _1026 19th - Bklyn_

⑉021000089⑉ 37221528⑈ 4394

---

**NORMAN SEIDENFELD**
ATTORNEY TRUST ACCOUNT
5807 - 12TH AVENUE
BROOKLYN, NY 11219

1-8/210 852

4395

DATE 4/1/14

PAY TO THE ORDER OF _YITZCHOK LEFKOWITZ_    $ 45,000

_FORTY -FIVE THOUSAND_ DOLLARS

**citibank®**
CITIBANK, N.A., BR.#852
399 PARK AVENUE
NEW YORK, NY 10022

Citi Private Bank

MEMO _1026 19th - Bklyn_

⑉021000089⑉ 37221528⑈ 4395

FILED: KINGS COUNTY CLERK 12/08/2020 02:35 PM

NYSCEF DOC. NO. 584

INDEX NO. 515379/2018

RECEIVED NYSCEF: 12/08/2020

21-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit
Exhibits C - H    Pg 5 of 21

NORMAN SEIDENFELD
ATTORNEY TRUST ACCOUNT
5807 - 12TH AVENUE
BROOKLYN, NY 11219

1-8/210 852

4396

DATE 4/1/84

PAY TO THE ORDER OF    BLIMA LIPKOWITZ    $ 8,000

EIGHT THOUSAND    DOLLARS

citibank

CITIBANK, N.A.  BR. #852
399 PARK AVENUE
NEW YORK, NY 10022

Citi Private Bank

MEMO

⑆021000089⑆ 37221528⑈ 4396

---

NORMAN SEIDENFELD
ATTORNEY TRUST ACCOUNT
5807 - 12TH AVENUE
BROOKLYN, NY 11219

1-8/210 852

4397

DATE 4/1/14

PAY TO THE ORDER OF    M FOGLAN    $ 110,000

ONE HUNDRED TEN THOUSAND    DOLLARS

citibank

CITIBANK, N.A.  BR. #852
399 PARK AVENUE
NEW YORK, NY 10022

Citi Private Bank

MEMO  loan

⑆021000089⑆ 37221528⑈ 4397

# EXHIBIT D

FILED: KINGS COUNTY CLERK 12/18/2020 11:45 AM
NYSCEF DOC. NO. 150

INDEX NO. 515379/2018
RECEIVED NYSCEF: 12/18/2020

21-22397-rdd   Doc 17-2   Filed 07/16/21   Entered 07/16/21 14:17:16   Exhibit
Exhibits C - H   Pg 7 of 21



# EXHIBIT E

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS

------------------------------------------------ x
                              :

1526 52ND LLC,
                              :

               *Plaintiff,*        :        Index No. 515379/2018

      - against -          :      AFFIRMATION IN FURTHER

BLUMA LEFKOWITZ A/K/A BLUMA     :      SUPPORT OF PLAINTIFF'S
LEFKOWTIZ,                    :      MOTION

              *Defendants.*     :

------------------------------------------------ x

Norman Seidenfeld, an attorney admitted to the courts of the State of New York,
under penalty of perjury, affirms:

1.    This Affirmation is submitted in further support of Plaintiff 1526 52ND
LLC ("Plaintiff")'s motion to stay an L&T Action that was commenced by defendant Bluma
Lefkowitz against Rivka and Alexander Ashkenazi. I am familiar with the facts and
circumstances set forth below based upon my review of the documents in my file.

2.    I was the transaction attorney representing Rivka Ashkenazi in her
purchase of the premises located at 1526 52nd Street, Brooklyn, New York (the "Premises") from
Bluma Lefkowitz and Tova Gruenbaum in or about April of 2014.

3.    On or about April 1, 2014, Rivka Ashkenazi, as purchaser and Bluma
Lefkowitz and Tova Gruenbaum, as Seller entered into a Contract of Sale for the Premises.
[Exhibit A].

4.    The purchase price for the Premises per the Contract of Sale was two
million twenty-five thousand dollars ($2,025,000) with a downpayment of five hundred sixty
thousand dollars ($560,000) (the "Downpayment") and the balance to be paid by assumption of

FILED: KINGS COUNTY CLERK 12/08/2028 02:35 PM
NYSCEF DOC. NO. 158
21-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit
Exhibits C - H    Pg 10 of 21
INDEX NO. 515379/2018
RECEIVED NYSCEF: 12/08/2028

an existing mortgage in the amount of one million four hundred sixty-five thousand dollars ($1,465,000).

5.    The Downpayment was wired to my escrow account for Rivka Ashkenazi. [Exhibit B].

6.    In fact, Purchaser and Seller agreed that the Downpayment could be released to Seller prior to closing.

7.    In this regard, the Downpayment was disbursed to Seller per their instructions. [Attached as Exhibit C is the disbursals directed by Seller and signed by Jack Lefkowitz for Bluma Lefkowitz together with copies of my escrow checks sent on behalf of Seller. In the memo of the checks I noted it was for "1526 52nd Ashkenazi".]

8.    Prior to closing, Mrs. Ashkenazi advised that she would be taking title in a limited liability company. I formed 1526 52nd LLC on Mrs. Ashkenazi's behalf. [Exhibit D].

9.    There was never an understanding that the Seller's would be members of 1526 52nd LLC.

10.    On or about August 1, 2014, Sellers, Bluma Lefkowitz and Tova Greunbaum executed the deed for the Premises and I had that deed sent for recording.

11.    The ACRIS forms were all executed by Rivka Ashkenazi as the member of the Purchaser 1526 52nd LLC and Bluma Lefkowitz and Tova Gruenbaum as Seller [Exhibit E].

Dated: Brooklyn, New York
      December 7, 2018

_____
                   Norman Seidenfeld

# EXHIBIT F

FILED: KINGS COUNTY CLERK 12/18/2020 11:45 AM
NYSCEF DOC. NO. 151

INDEX NO. 515379/2018

RECEIVED NYSCEF: 12/18/2020

21-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit
Exhibits C - H    Pg 12 of 21

1526 52nd

From: Jack Lefkowitz (jacklefkowitz@gmail.com)

To: bhy11219@yahoo.com

Date: Wednesday, July 9, 2014 01:35 PM EDT


To Newman wire please $1,099,451.24

To Wiesel wire Please $21,500.00



Jack Lefkowitz

*646-623-5200*



WIRE.ESCROW.PDF
19kB


wiring instructions aw.pdf
29.6kB

FILED: KINGS COUNTY CLERK 12/18/2020 11:45 AM
NYSCEF DOC. NO. 151
21-22397-rdd   Doc 17-2   Filed 07/16/21   Entered 07/16/21 14:17:16   Exhibit
Exhibits C - H   Pg 13 of 21
INDEX NO. 515379/2018
RECEIVED NYSCEF: 12/18/2020

# WIRING INSTRUCTIONS

### Citibank N.A.-Branch 2
### 330 Madison Avenue
### New York, NY 10017

### MARC Z. NEWMAN
### ATTORNEY TRUST ACCOUNT - IOLA
### 3119 Quentin Road
### Brooklyn, New York 11234

### ACCT: 63540805
### ABA: 021000089

F:\FServer\mzn\WPDOCS\JessForms\WIRE.ESCROW.wpd

FILED: KINGS COUNTY CLERK 12/18/2020 11:45 AM
NYSCEF DOC. NO. 151

INDEX NO. 515379/2018

RECEIVED NYSCEF: 12/18/2020

21-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit
Exhibits C - H    Pg 14 of 21

LAW OFFICES OF
ABRAHAM WEISEL
410 East 3rd, Street
Brooklyn, New York 11218
Tel (718) 473-5869
Fax (718) 732-4595
a_weisel@yahoo.com

## WIRING INSTRUCTIONS FOR ATTORNEY TRUST ACCOUNT

JP Morgan Chase Bank, N.A.
225 Havemayer Ave
Brooklyn, NY 11211

Account Name:      *Abraham Weisel Attorney Trust Account*

ABA Routing Number:      *021000021*

Account Number:      *091074755565*

# EXHIBIT G

FILED: KINGS COUNTY CLERK 12/18/2020 11:45 AM
NYSCEF DOC. NO. 133

21-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit
Exhibits C - H    Pg 16 of 21

INDEX NO. 515379/2018

RECEIVED NYSCEF: 12/18/2020

## 1526 post closing agreement ver 2 doc

From: Jack Lefkowitz (jacklefkowitz@gmail.com)

To: bhy11219@yahoo.com; normseid@gmail.com

Date: Wednesday, July 23, 2014, 01:17 PM EDT



1526 post closing agreement ver 2 doc.rtf
50kB

POST CLOSING AGREEMENT

This Agreement dated as of the 17th day of July 2014 by and between Jack Lefkowitz, 1526 52nd Street, Brooklyn, New York 11219 ("Jack") and Alexander Ashkenazi of 1426 57th Street, Brooklyn, New York 11219 ("Alexander")

W I T N E S E T H :

Whereas, the real property located at 1526 52nd Street, Brooklyn, New York 11219 (the "Property") was sold by Bluma Lefkowitz and Tova Greenbaum (as nominal owners thereof with Jack as the beneficial owner ) to 1526 52nd LLC (which is beneficially owned by Alexander); and

Whereas, the sale was subject to purchaser assuming the obligations of a current mortgage on the Premises with a current outstanding principal amount of $1,464,838.61 (the "Mortgage"); and

Whereas, Alexander has obligated himself to pay off the Mortgage as provided herein below; and

Whereas, the parties hereto desire to set forth their respective rights and obligations with respect to the Premises and the Mortgage;

NOW, THEREFORE, the parties agree as follows:

1. From August 1, 2014 until July 31, 2017, Alexander shall pay Five Thousand Dollars ($5,000) monthly via ACH directly to Mortgagor to satisfy the obligated monthly Mortgage payments. Alexander shall pay off outstanding principal amount over the next three years and to fully satisfy the balance Mortgage by no later than July 31, 2017.

2. Alexander further agrees not to object or contest to any foreclosure proceeding in the event failure to satisfy the Mortgage pursuant to this Agreement is due to Alexander's fault.

3. Jack and Alexander agree to submit to a mutually agreed upon "ZABLAB" or "ZABLA" Beth Din and to adhere to the decision of said Beth Din in all matters regarding this Agreement. If any party does not appoint the members he is entitled to appoint to be part of the Beth Din within 7 days after written notice by the other party, said other party may also select the members that the non-appointing party was entitled to appoint.

FILED: KINGS COUNTY CLERK 12/18/2020 11:45 AM
INDEX NO. 515379/2018

NYSCEF DOC. NO. 153

21-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit

Exhibits C - H    Pg 18 of 21

RECEIVED NYSCEF: 12/18/2020

11. Jack represents that he has the power to sign this Agreement on behalf of the sellers of the Premises, and Alexander represents that he has the power to sign this Agreement on behalf of the buyers of the Premises.

IN WITNESS WHEREOF, the parties hereto have signed this Agreement as of the date set forth above.

1526 52nd LLC

_____          _____
Jack Lefkowitz          Date          Alexander Ashkenazi          Date

2

# EXHIBIT H

FILED: KINGS COUNTY CLERK 12/18/2020 11:45 AM
NYSCEF DOC. NO. 146

INDEX NO. 515379/2018
RECEIVED NYSCEF: 12/18/2020

title 6676

From:   Norman Seidenfeld (normseid@gmail.com)

To:     tzippora@ilstitle.com

Cc:     bhy11219@yahoo.com; jacklefkowitz@gmail.com

Date:   Wednesday, July 9, 2014, 10:55 AM EDT

Tzippy, as we spoke, please prepare title bill, revise the acris docs to reflect 1526 52nd LLC as buyer, and take into account for transfer tax purposes a continuing lien deduction for thec urrent mtg with outstanding balance of $1,464,838.61

I will get you LLC docs and ein number for buyer today.
address of buyer is 1526 52nd Street, Brooklyn, NY 11219

  1526-mtg paper.pdf
45.5kB

FILED: KINGS COUNTY CLERK 12/18/2020 11:45 AM
NYSCEF DOC. NO. 146
INDEX NO. 515379/2018
RECEIVED NYSCEF: 12/18/2020

21-22397-rdd    Doc 17-2    Filed 07/16/21    Entered 07/16/21 14:17:16    Exhibit
Exhibits C - H    Pg 21 of 21

11/4/2018    Gmail - CONFIRMATION: 1526 52ND LLC

 Gmail

Norman Seidenfeld <normseid@gmail.com>

## CONFIRMATION: 1526 52ND LLC

2 messages

**USACORP Inc.** <usacorp@usacorpinc.com>    Wed, Jul 9, 2014 at 5:07 PM
To: "normseid@gmail.com" <normseid@gmail.com>

Dear Mr. Seidenfeld,

We are pleased to inform you that **1526 52ND LLC** has been filed and approved with the New York Department of State and is now available for all your business needs.

Enclosed please find the following:

1. Acknowledgement copy of Articles of Organization, provided by the Department of State.

2. Original Filing Receipt issued by the Department of State.

3. IRS confirmation letter, containing the EIN number assigned to your entity.

4. Invoice for services rendered.

The attached documents are the original and final ones. Please print and retain with your permanent records. (Upon request, these documents can be printed and mailed to you by our office.)

We acknowledge and appreciate the trust you have placed in our company and look forward to serve you with continued courtesy in the future.

**Sincerely,**

**Tzippy, Ext 207**