**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
: 
In re:                                                                                  :  Chapter 11
                                                                                              :
FIFTEEN TWENTY SIX FIFTY SECOND LLC,    :  Case No.: 21-22397 (RDD)
                                                                                              :
Debtor.                                                                            :
                                                                                              :
------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion [ECF No. 19] (the "Motion")[1] of 1526 52nd LLC ("1526 LLC") seeking entry of an order dismissing this chapter 11 case (the "Chapter 11 Case") of Fifteen Twenty Six Fifty Second LLC (the "Debtor") as a bad faith filing and for sanctions; and due and proper notice of the Motion having been provided; and no other or further notice needing to be provided; and upon the Debtor's objection [ECF No. 24] (the "Objection") to the Motion and 1526 LLC's reply[ECF No. 30] (the "Reply") to the Objection; and a hearing on the Motion having been held before this Court on August 6, 2021 (the "Hearing"); and upon the record of the Hearing and all related proceedings held before the Court; and after due deliberation and sufficient cause appearing for stated by the Court in its bench ruling at the Hearing, the Court having determined that 1526 LLC has established good and sufficient cause for the dismissal of this case under 11 U.S.C. § 11121(b) and that such dismissal, rather than the conversion of this case to a case under chapter 7 of the Bankruptcy Code is in the interests of creditors; now, therefore, it is hereby

**ORDERED**, that the Motion is granted to the extent provided herein; and it is further

**ORDERED**, that this chapter 11 case is dismissed for cause under 11 U.S.C. § 1112(b); and it is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2

**ORDERED**, that that the Court retains jurisdiction to determine 1526 LLC's right to seek sanctions, based on the filing of this chapter 11 case, against the Debtor, Bluma Lefkowitz and Isaac Lefkowitz in a proper motion therefor; provided, that such motion by 1526 LLC must be filed no later than thirty-five (35) days after the date of this Order; and it is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated: White Plains, New York
      August 9, 2021

                                  */s/Robert D. Drain*
                                  HONORABLE ROBERT D. DRAIN
                                  UNITED STATES BANKRUPTCY JUDGE